AO 245D   (Rev. 11/16) Judgment in a Criminal Case for Revocations  
Sheet 1                                                                                                                                                  JMB/vg (18512)

# UNITED STATES DISTRICT COURT
## Western District Of New York

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Lamont Barton | Case Number: 6:13CR06018-001 |
| | USM Number: 22183-055 |
| | Mark Foti, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation number      4      of the term of supervision.

☐ was found in violation of charges(s)              after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4/Mandatory Condition | The defendant shall not commit another Federal, State or Local crime. | 09/24/2019 |

      The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Charges 1, 2, 3 and 5 are dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 23, 2020  
Date of Imposition of Judgment

_signature_  
Signature of Judge

Honorable David G. Larimer, U.S. District Judge  
Name and Title of Judge

January 27, 2020  
Date

AO 245D   (Rev. 11/16) Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

JMB/vg (18512)

DEFENDANT: Lamont Barton
CASE NUMBER: 6:13CR06018-001

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>Seven (7) months</u>.  **No Supervised Release to follow.**

The cost of incarceration fee is waived.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL